UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANKICA JOVICIC                                                      CIVIL ACTION

VERSUS

MARTIN J. O'MALLEY                                        NO. 24-00101-BAJ-EWD

### RULING AND ORDER

This is a social security appeal.

On February 28, 2025, the Magistrate Judge issued a **Report And Recommendation (Doc. 17, the "R&R")** recommending that the final decision of the Acting Commissioner of Social Security be affirmed under sentence four of 42 U.S.C. § 405(g) and that this action be dismissed with prejudice. No objections were filed.

Having carefully considered the operative Complaint and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the final decision of the Acting Commissioner of Social Security be **AFFIRMED** under sentence four of 42 U.S.C. § 405(g) and that this action be **DISMISSED WITH PREJUDICE**.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 20th day of March, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**